# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RUFINO LOREDO-MENDEZ,<br><br>Defendant. | Case No. 17-cr-2228-AJB<br><br>**ORDER AND JUDGMENT OF DISMISSAL** |

Upon motion of the United States of America and good cause appearing,

IT IS HEREBY ORDERED that the Information (ECF No. 14) in the above-entitled case be dismissed without prejudice.

**IT IS SO ORDERED.**

Dated: February 2, 2018

_____
Hon. Anthony J. Battaglia
United States District Judge